1

2

3

4

5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW TATER,<br><br>                Plaintiff,<br><br>          v.<br><br>COUNTY OF FRESNO, et al.,<br><br>                Defendants. | 1:10-CV-00088 OWW SMS<br><br>ORDER DISMISSING CASE |

6

7

8

9

10

11

12

13

14

15

16

17

18

     The Clerk of Court opened this case upon *pro se*
Plaintiff's filing of a motion for preliminary
injunction, Doc. 1, and a request to proceed *in forma
pauperis*, Doc. 6.  As explained in a January 26, 2010
order, Federal Rule of Civil Procedure 3 provides that
"[a] civil action is commenced by filing a <u>complaint</u> with
the court."  Doc. 8.

19

20

21

22

23

24

25

26

27

28

     Plaintiff was instructed to file a complaint within
thirty (30) days, or February 26, 2010, and was warned
that if he failed to do so, his case would be dismissed.
*Id.*  On February 12, 2010, Plaintiffs submitted a
document entitled "inability to comply with court order,"
which indicated that Plaintiff was "unable to start the
complaint" because he has been "unable to use [his] left
arm."  Doc. 9 at ¶1.  Plaintiff explained that he filed

his preliminary injunction "hoping to avoid the extensive litigation that would result from filing a complaint...." Doc. 9 at ¶3.

Plaintiff's motion for preliminary injunction cannot be construed as a complaint.  He complains in the motion that the County of Fresno illegally withheld his vehicle registration, asserts that he needs his vehicle to transport himself to medical appointments, and mentions various laws and constitutional provisions.  However, the motion fails to explain the legal and factual bases for any claim over which this court might have jurisdiction. Moreover, Plaintiff fails to clearly identify the targeted defendants.

No matter how compelling Plaintiffs' claims of disability or extremis, a district court is without jurisdiction to permit a case to proceed without a complaint.  *See In re Special Grand Jury*, 674 F.2d 778, 783 (9th Cir. 1982).  This case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED
Dated:  March 3, 2010

                              /s/ Oliver W. Wanger
                              Oliver W. Wanger
                              United States District Judge